UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELINA GOLOVKO, MARCELO PETRONE, ALENA KARAKOVA, MADELINE DINDA, STEPHANIE MASIELLO, JENNIFER BOBE, HILARY KAUFMANN, COLLEEN KOLTICK, HEATHER KARPOFF, and LAUREN VALLETUTTI, individually and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>230FA LLC d/b/a 230 FIFTH AVENUE,<br><br>    Defendants. | No. 12 Civ. 09307 (AKH) |

## NOTICE OF CONSENT

I consent to be a party plaintiff in the foregoing lawsuit against 230 FA LLC d/b/a 230 Fifth Avenue in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).  I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not.  I hereby designate The Ottinger Firm, P.C. to represent me in this suit.

_[signature]_
Signature

Michaeline Sexton
Print name

February 11, 2013
Date

Brooklyn, NY 11211
City, State, and Zip Code