

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELINA GOLOVKO, MARCELO PETRONE, ALENA KARAKOVA, MADELINE DINDA, STEPHANIE MASIELLO, JENNIFER BOBE, HILARY KAUFMANN, COLLEEN KOLTICK, HEATHER KARPOFF, and LAUREN VALLETUTTI, individually and on behalf of all others similarly-situated,
Plaintiffs,
vs.
230FA LLC d/b/a 230 FIFTH AVENUE,

Defendant.

No. 12 Civ. 9307 (AKH)(FM)

**CLASS ACTION**

**FINAL JUDGMENT**

WHEREAS, on March 10, 2014, this Court granted preliminary approval to a settlement of this action, embodied in the Parties' Stipulation of Class Action Settlement, dated December 20, 2103 (the "Preliminary Approval Order");

WHEREAS, on July 24, 2014, the Court held a fairness hearing and entered an oral order Granting Final (1) Settlement Approval, (2) Class Certification, and (3) Approval Of Releases.

WHEREAS, on August 7, 2014, the Court entered its Order Granting Final (1) Settlement Approval, (2) Class Certification, and (3) Approval Of Releases (the "Final Approval Order"). In the Final Approval Order, the Court found that the settlement is fair, reasonable and adequate within the meaning of Federal Rule of Civil Procedure 23(e), the Fair Labor Standards Act, and all other applicable law; and

WHEREAS, the Court has found that the notice (as defined in the Settlement Agreement and Section VI of the Preliminary Approval Order) sent to the Rule 23 Class Members (as defined in the Settlement Agreement and the Preliminary Approval Order) fairly and adequately informed the Class of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23, the Fair Labor Standards Act, and due process, and was given in the manner prescribed by the Settlement Agreement and the Preliminary Approval Order;

This Court hereby enters final judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement and the Final Approval Order.

The Court hereby permanently enjoins and restrains all Rule 23 Class Members who did not timely opt out from the settlement from asserting any and all claims that they released pursuant to the Settlement Agreement and the Final Approval Order. A list of all such Class Members is attached hereto as Exhibit A.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, the Class, and the Defendant for the purpose of supervising the implementation, enforcement, construction and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment and the distribution of settlement payments.

SO ORDERED.

Dated:  August 7, 2014
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge